# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 433 WAL 2014
:
                 Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
ALLEN BOONE, :
:
                 Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.